IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SERVICEMASTER RESIDENTIAL/ COMMERCIAL SERVICES, L.P., | ) ) ) | 4:05CV3195 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **MEMORANDUM AND ORDER** |
| DARREN KIRKPATRICK and TINA KIRKPATRICK, | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff has filed a Motion for Preliminary Injunction, which does not request a hearing (filing 9). I shall order that Plaintiff's counsel schedule and initiate a telephone conference call between counsel for all parties and the undersigned United States district judge regarding Plaintiff's motion, during which the parties shall be prepared to address whether Plaintiff's motion for preliminary injunction and the trial on the merits shall be consolidated pursuant to Fed. R. Civ. P. 65(a)(2) and whether a hearing is required or whether the motion may be decided on briefs.

IT IS ORDERED that, after consultation with Defendants' counsel, Plaintiff's counsel shall contact the judicial assistant for the undersigned United States district judge to schedule a telephone conference call between counsel for the parties and the undersigned United States district judge, during which the parties shall be prepared to address whether Plaintiff's motion for preliminary injunction and the trial on the merits shall be consolidated pursuant to Fed. R. Civ. P. 65(a)(2) and whether a hearing is required or whether the motion may be decided on briefs.

August 17, 2005.                                BY THE COURT:

                                                *s/ Richard G. Kopf*
                                                United States District Judge