IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SERVICEMASTER RESIDENTIAL/COMMERICAL SERVICES, | ) ) ) | |
| Plaintiff, | ) ) | 4:05cv3195 |
| v. | ) ) | |
| DARREN KIRKPATRICK and TINA KIRKPATRICK, | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by October 03, 2005, file their Report of Parties' Planning Conference.

DATED September 16, 2005.

/s/   *David L. Piester*
United States Magistrate Judge