IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SERVICEMASTER RESIDENTIAL/ | ) | |
| COMMERCIAL SERVICES, L.P. | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3195 |
| | ) | |
| v. | ) | |
| | ) | |
| DARREN KIRKPATRICK, et al., | ) | |
| | ) | ORDER |
| Defendants. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by December 13, 2005, file their Report of Parties' Planning Conference.

DATED November 23, 2005.

/s/ David L. Piester

United States Magistrate Judge