```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| SERVICEMASTER RESIDENTIAL/COMMERCIAL SERVICES, L.P., | ) ) ) ) | |
| Plaintiff, | ) ) | 4:05CV3195 |
| v. | ) ) | |
| DARREN KIRKPATRICK and TINA KIRKPATRICK, | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

Defendants' motion to file Amended Answer, Affirmative Defenses and Counterclaim, filing 50, is granted.  The pleading shall be filed forthwith.

DATED this 14th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge