IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SERVICEMASTER                )
RESIDENTIAL/COMMERICAL        )
SERVICES,,                    )
                             )
            Plaintiff,        )              4:05CV3195
                             )
        v.                    )
                             )
DARREN KIRKPATRICK, and TINA  )              ORDER
KIRKPATRICK,                  )
                             )
            Defendants.       )
                             )

IT IS ORDERED:

The motion to withdraw filed by counsel for the plaintiff,
John P. Passarelli and law firm of Kutak, Rock, LLP, filing 58,
is granted.

DATED this 26th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge