IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SERVICEMASTER RESIDENTIAL/ COMMERCIAL SERVICES, | ) ) ) | |
| Plaintiff, | ) ) ) | 4:05CV3195 |
| V. | ) ) | |
| DARREN KIRKPATRICK and TINA KIRKPATRICK, | ) ) ) | ORDER |
| Defendants. | ) ) ) | |

The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims. Accordingly,

IT IS ORDERED that:

(1) Within **thirty (30)** calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court (and provide a copy to the magistrate judge and to United States District Judge Richard G. Kopf, the trial judge to whom this case is assigned), together with submitting to the trial judge a draft order which will fully dispose of the case;

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3) This case is removed from the court's October 23, 2006 trial docket upon representation by the parties that the case has settled.

October 2, 2006.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge