IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SERVICEMASTER RESIDENTIAL/ COMMERCIAL SERVICES, L.P., | CASE NO: 4:05CV3195 |
| Plaintiff, | ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED |
| vs. | |
| DARREN KIRKPATRICK and TINA KIRKPATRICK, | |
| Defendant. | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Exhibit number(s):   Plaintiff's Exhibits 1 - 32

Defendants' Exhibits 101 - 135

Hearing type(s):  Motion for Preliminary Injunction

Date of hearing(s) 11/21/05 and 11/22/05

If counsel fail to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

May 2, 2007.

s/ Richard G. Kopf
United States District Judge